**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| MANUFACTURERS ALLIANCE INSURANCE COMPANY, | : : : | Civil Action No.: 3:24-cv-06304-ZNQ-RLS |
| Plaintiff, | : : | |
| v. | : : | |
| UNITEX TEXTILE SERVICES, LLC and UNITEX TEXTILE RENTAL SERVICES, INC., | : : : : | |
| Defendants. | : : : | |

**NOTICE OF DISMISSAL PURSUANT**
**TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

Manufacturers Alliance Insurance Company hereby dismisses this action without prejudice, with

each side to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: August 13, 2024

/s/ *Steven J. Engelmyer*
**KLEINBARD LLC**
Steven J. Engelmyer (No. 42840)
Eric J. Schreiner (No. 76721)
Three Logan Square, 5th Floor
Philadelphia, PA 19103
(215)568-2000
sengelmyer@kleinbard.com
eschreiner@kleinbard.com

The Motion to Dismiss (ECF No. 17) is hereby denied as moot.  Per the parties' stipulation, this matter is dismissed without prejudice.  The Clerk's Office is instructed to close this case.

*Attorneys for Manufacturers Alliance Insurance Company*

So Ordered this 14th day of August 2024.

_____
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE